UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| E. DUTLU, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 25-13713-MJJ |
| ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Acting Boston Field Office Director of U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |

## **MEMORANDUM OF DECISION AND ORDER**

December 11, 2025

JOUN, D.J.

  E. Dutlu ("Mr. Dutlu" or "Petitioner") is a citizen of Turkey who is entered the United States without inspection in 2022. [Doc. No. 1 at ¶¶ 2, 18]. He was apprehended and released from custody under a set of conditions. [*Id*. at ¶ 18]. On December 4, 2025, Mr. Dutlu was arrested by Immigration and Customs Enforcement. [*Id*. at ¶ 2]. He is currently in custody at Plymouth County Correctional Facility. [*Id*.]. Mr. Dutlu petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

  In their Response to Habeas Petition, Respondents acknowledge that the legal issues presented in this petition are similar to those addressed in *Hilario Rodriguez v. Moniz*, 25-cv-

1

12358. [Doc. No. 8 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Dutlu is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

      The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Dutlu with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Dutlu on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Dutlu has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

                                                /s/ Myong J. Joun
                                                United States District Judge